# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO, FLORIDA

UNITED STATES OF AMERICA and
STATE OF FLORIDA, *ex rel.* OMNI
HEALTHCARE, INC., and JOHN DOE,

    Plaintiffs,

v.                                                          CASE NO. 6:22-cv-00696-PGB-DCI

NORTH BREVARD COUNTY HOSPITAL
DISTRICT d/b/a PARRISH MEDICAL
CENTER; HALIFAX HOSPITAL MEDICAL
CENTER; GEORGE MIKITARIAN;
CHRISTOPHER MCALPINE; ANUAL
JACKSON, SR.; ERIC PEBURN; and
JEFF FEASAL;

    Defendants.

_____/

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiffs Omni Healthcare, Inc., and John Doe hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more

of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. Omni Healthcare, Inc., Plaintiff

    b. John Doe, Plaintiff

    c. Spiro Harrison & Nelson, law firm for Plaintiffs

    d. David B. Harrison, Esq., attorney for Plaintiffs

    e. Svjetlana Tesic, Esq., attorney for Plaintiffs

    f. Hoyer Law Group, PLLC, law firm for Plaintiffs

    g. Sean Estes, Esq., attorney for Plaintiffs

    h. Jesse Hoyer Estes, Esq., attorney for Plaintiffs

    i. United States of America, Plaintiff

    j. Roger B. Handberg, Esq., attorney for Plaintiff

    k. Jeremy R. Bloor, Esq., attorney for Plaintiff

    l. State of Florida, Plaintiff

    m. Ashley Moody, Esq., attorney for Plaintiff

    n. Matthew F. Vitale, Esq., attorney for Plaintiff

    o. Jill Bennett, Esq., attorney for Plaintiff

    p. North Brevard County Hospital District, Defendant

    q. Halifax Hospital Medical Center, Defendant

    r. George Mikitarian, Defendant

    s.  Christopher McAlpine, Defendant

    t.  Anual Jackson, Sr., Defendant

    u.  Eric Peburn, Defendant

    v.  Jeff Feasal, Defendant

    w.  Zumpano Patricios, P.A., law firm for Defendants

    x.  Leon N. Patricios, Esq., attorney for Defendants

    y.  Joseph I. Zumpano, Esq., attorney for Defendants

    z.  All individuals and entities not listed above but listed in Defendants' or the Government's Certificate of Interested Persons and Corporate Disclosure Statements

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Not applicable.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

Not applicable.

4.    The name of each victim (individual or corporate), including every person who may be entitled to restitution:

      a. Unites States of America

      b. State of Florida

5. Check one of the following:

__X__  I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_____  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

DATED: October 19, 2023.                   Respectfully submitted,

                                          */s/ Sean Estes*
                                          Sean Estes
                                          Florida Bar No.: 048320
                                          sean@hoyerlawgroup.com
                                          HOYER LAW GROUP, PLLC
                                          2801 W. Busch Blvd., Suite 200
                                          Tampa, Florida 33618
                                          Tel.: 813-375-3700 **/** Fax: 813-375-3710

                                          *Attorneys for Plaintiffs Omni Healthcare, Inc., and John Doe*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on October 19, 2023, on all counsel or parties of record.

                                          */s/ Sean Estes*
                                          Sean Estes