UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA, ex rel.
OMNI HEALTHCARE INC., and
JOHN DOE,

    *Plaintiffs,*

v.                                       No. 6:22-CV-696-PGB-DCI

NORTH BREVARD COUNTY
HOSPITAL DISTRICT D/B/A
PARRISH MEDICAL CENTER,
HALIFAX HOSPITAL MEDICAL
CENTER, GEORGE MIKITARIAN,
CHRISTOPHER MCALPINE,
ANUAL JACKSON, SR., ERIC
PEBURN, and JEFF FEASAL,

    *Defendants.*

_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Halifax Hospital Medical Center, Eric Peburn, and Jeff Feasel[1] (the Halifax Defendants) make the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

---

[1] Although Relators use the name "Feasal" in both the case caption and in the Amended *Qui Tam* Complaint, the correct spelling of his name is "Feasel."

- **There is no such corporation.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[2]]

- **Not applicable.**

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

- **Omni Healthcare, Inc.**
  *Plaintiff—Relator*

- **John Doe**
  *Plaintiff—Relator*

- **David B. Harrison and Svjetlana Tesic**
  Spiro, Harrison & Nelson, LLC
  *Counsel for Plaintiff-Relators*

- **Spiro, Harrison & Nelson, LLC**
  *Law firm representing Plaintiff-Relators*

- **Sean Estes and Jessica Hoyer Estes**
  Hoyer Law Group, PLLC
  *Counsel for Plaintiff-Relators*

---

[2] *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. *See Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017); *D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 125-27 (1st Cir. 2011).

- **Hoyer Law Group, PLLC**
  *Law firm representing Plaintiff-Relators*

- **North Brevard County Hospital District d/b/a Parrish Medical Center**
  *Defendant*

- **George Mikitarian**
  *Defendant*

- **Christopher McAlpine**
  *Defendant*

- **Anual Jackson, Sr.**
  *Defendant*

- **Leon N. Patricios**
  Zumpano Patricios, P.A.
  *Counsel for Defendants North Brevard County Hospital District d/b/a Parrish Medical Center, George Mikitarian, Christopher McAlpine, and Anual Jackson, Sr.*

- **Zumpano Patricios, P.A.**
  *Law firm representing Defendants North Brevard County Hospital District d/b/a Parrish Medical Center, George Mikitarian, Christopher McCalpine, and Annual Jackson, Sr.*

- **Halifax Hospital Medical Center**
  *Defendant*

- **Eric Peburn**
  *Defendant*

- **Jeff Feasel**
  *Defendant*

- **Edward M. Mullins, Brian D. Bewley (pro hac vice application to be filed), Selina P. Coleman (pro hac vice application pending), David A. Bender (pro hac vice application pending)**
  Reed Smith LLP

3

*Counsel for Defendants Halifax Hospital Medical Center, Eric Peburn, and Jeff Feasel*

- **Reed Smith LLP**
  *Law firm representing Defendants Halifax Hospital Medical Center, Eric Peburn, and Jeff Feasel*

- **United States of America**

- **Jeremy R. Bloor, Esq.**
  U.S. Attorney's Office – FLM
  *Counsel for the United States of America*

- **State of Florida**

- **Jill Bennett**
  Office of the Attorney General
  *Counsel for the State of Florida*

- **Florida Agency for Health Care Administration**
  *Referenced in the Amended Complaint*

- **Craig Deligdish**
  *Referenced in the Amended Complaint*

- **Frank Harrison**
  *Referenced in the Amended Complaint*

- **Ilumed, LLC**
  *Referenced in the Amended Complaint*

- **Robert Jordan**
  *Referenced in the Amended Complaint*

- **LHC Group, Inc.**
  *Referenced in the Amended Complaint*

- **LHCG LXXXII, LLC**
  *Referenced in the Amended Complaint*

- **Edwin Loftin**

4

*Referenced in the Amended Complaint*

- **Dr. Biju Mathews**
  *Referenced in the Amended Complaint*

- **MedFast Urgent Care Centers**
  *Referenced in the Amended Complaint*

- **Thomasina Middleton**
  *Referenced in the Amended Complaint*

- **Dr. E. Wayne Mosley**
  *Referenced in the Amended Complaint*

- **Ben Nettleton, D.O.**
  *Referenced in the Amended Complaint*

- **North Brevard Medical Support**
  *Referenced in the Amended Complaint*

- **Gregg Sargent**
  *Referenced in the Amended Complaint*

- **Michael Sitowitz**
  *Referenced in the Amended Complaint*

- **John Tobia**
  *Referenced in the Amended Complaint*

- **Dr. David Williams**
  *Referenced in the Amended Complaint*

- **Shannon Wilson**
  *Referenced in the Amended Complaint*

- **All individuals or entities not listed above but listed in any party's certified of interested persons and/or corporate disclosure statement.**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

- **None known.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    - **None known.**

6. Identify each person arguably eligible for restitution:

    - **United States of America**
      *Plaintiff*

    - **State of Florida**
      *Plaintiff*


☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: December 12, 2023

        Respectfully submitted,

        */s/ Edward M. Mullins*
        Edward M. Mullins (Fl. Bar No. FBN 863920)
        emullins@reedsmith.com
        Reed Smith LLP
        200 South Biscayne Boulevard
        Suite 2600
        Miami, FL 33131
        Telephone: (786) 747-0200
        Fax: (786)747-0299

        Selina P. Coleman (*Pro Hac Vice pending*)
        David A. Bender (*Pro Hac Vice pending*)
        scoleman@reedsmith.com
        dbender@reedsmith.com
        Reed Smith LLP
        1301 K Street, N.W.
        Suite 1000 – East Tower
        Washington, D.C. 20005
        Telephone: (202) 414-9200
        Fax: (202) 414-9299

        *Counsel for the Halifax Defendants*

## Certificate of Service

I hereby certify that on December 12, 2023, the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<em><u>/s/ Edward M. Mullins</u></em>