# United States District Court
# Middle District of Florida
# Orlando Division

UNITED STATES OF AMERICA
and STATE OF FLORIDA, ex rel.
OMNI HEALTHCARE INC., and
JOHN DOE,

     *Plaintiffs,*

v.                                      No. 6:22-cv-696-PGB-DCI

NORTH BREVARD COUNTY
HOSPITAL DISTRICT D/B/A
PARRISH MEDICAL CENTER,
HALIFAX HOSPITAL MEDICAL
CENTER, GEORGE MIKITARIAN,
CHRISTOPHER MCALPINE,
ANUAL JACKSON, SR., ERIC
PEBURN, and JEFF FEASAL,

     *Defendants.*

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                        _____
                        _____
                        _____
                        _____

<u>XXX</u>  IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

 I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: December 12, 2023

        Respectfully submitted,

        <u>/s/ Edward M. Mullins</u>
        Edward M. Mullins (Fl. Bar No. FBN 863920)
        emullins@reedsmith.com
        Reed Smith LLP
        200 South Biscayne Boulevard
        Suite 2600
        Miami, FL 33131
        Telephone: (786) 747-0200
        Fax: (786)747-0299

        Selina P. Coleman (*Pro Hac Vice pending*)
        David A. Bender (*Pro Hac Vice pending*)
        scoleman@reedsmith.com
        dbender@reedsmith.com
        Reed Smith LLP
        1301 K Street, N.W.
        Suite 1000 – East Tower
        Washington, D.C. 20005
        Telephone: (202) 414-9200
        Fax: (202) 414-9299

        *Counsel for Halifax Hospital Medical Center, Eric Peburn, and Jeff Feasel*

**Certificate of Service**

    I hereby certify that on December 12, 2023, the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>/s/ Edward M. Mullins</u>